02-12-557-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00557-CR

 

 


 
 
 Carl
 Edward Danzey
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 396th District
 Court
  
 of
 Tarrant County (1218702D)
  
 February
 28, 2013
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed for
want of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

 

PER CURIAM

 

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00557-CR

 

 


 
 
 Carl Edward Danzey
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 396th
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          In
February 2011, Appellant Carl Edward Danzey pleaded guilty pursuant to a plea
bargain to assault–family violence with a previous conviction.  The trial court
sentenced Danzey to three years’ confinement but suspended imposition of the
sentence and placed him on community supervision for three years.  On September 26,
2012, the trial court supplemented Danzey’s conditions of community supervision
by requiring him to “serve a term of confinement and treatment in a State of
Texas Contracted Intermediate Sanction Facility for a period of not less than 45
days or more than 120 days.”  Danzey subsequently filed a notice of appeal
challenging the order supplementing his conditions of community supervision.

          On
December 3, 2012, we notified Danzey of our concern that we lack
jurisdiction over this appeal because the trial court had not entered any
appealable orders.  We informed Danzey that the appeal would be dismissed for
want of jurisdiction unless he or any party desiring to continue the appeal
filed with the court, on or before December 13, 2012, a response showing
grounds for continuing the appeal.  See Tex. R. App. P. 44.3.  We have
received no response.

          This
court does not have jurisdiction to consider an appeal from an order altering
or modifying the conditions of community supervision.  See Davis v. State,
195 S.W.3d 708, 710 (Tex. Crim. App. 2006) (“There is no legislative authority
for entertaining a direct appeal from an order modifying the conditions of
community supervision.”); Basaldua v. State, 558 S.W.2d 2, 5 (Tex. Crim.
App. 1977); Roberts v. State, No. 04-11-00514-CR, 2011 WL 2150762, at
*1–2 (Tex. App.—San Antonio May 25, 2011, pet. ref’d) (mem. op., not
designated for publication); Barba v. State, No. 07-01-0233-CR, 2001 WL
617502, at *1 (Tex. App.—Amarillo June 6, 2001, no pet.) (not designated
for publication.).  Accordingly, we dismiss this appeal for want of
jurisdiction.

 

 

PER CURIAM

 

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  February 28,
2013









[1]See Tex. R. App. P. 47.4.